**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 16-cr-232 (KBJ) |
| EDGAR MADDISON WELCH, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

The parties appeared before this Court for a status conference on January 24, 2017.  During the conference, the parties made representations concerning the need for additional time to exchange and review discovery materials and to evaluate the possibility of a non-trial disposition in this case.  Given these representations, the Court found that it is in the interests of justice to exclude from the Speedy Trial Act calculation the time between the status conference of January 24, 2017, and the next status conference in this matter, which is scheduled for February 10, 2017, at 10:00 AM.  Accordingly, it is hereby

**ORDERED** that the period from January 24, 2017, through February 10, 2017, inclusive, is excluded from the Speedy Trial calculation for good cause shown, insofar as the resulting delay fulfills the ends of justice, and taking such action outweighs the best interests of the public and the defendant in a speedy trial.

Date:  January 24, 2017

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge