I came to D.C. with the intent of helping people I believed were in dire need of assistance, and to bring an end to a corruption that I truly felt was harming innocent lives. For those following the news, I'm sure you have heard an abundance of stories about my involvement, my motives and the sources that lead me to do what I did. My purpose for writing this letter isn't to address those topics or defend my actions. I only wish to apologize to the individuals whom I effected on that unfortunate day, and to express my sincere regret for any emotional trauma I might have caused, especially to the families who were present. It was never my intention to harm or frighten innocent lives, but I realize now just how foolish and reckless my decision was. I felt very passionate about the possibility of human suffering, especially the suffering of a child, and was prompted to act out without taking the time to consider the repercutions of my actions, or the possible harm that might come from them. I am truly sorry for endangering the safety of any and all bystanders who were present that day. Unfortunabely, I cannot change what I did, but I think I owe it to the families and the community to apologize for my mistakes.

Maddison Webb

02-17