June 3, 2017

Honorable Judge Jackson,

I pray that this letter finds you in great health.  My name is Kelly Fleury, a native of Leogane, Haiti. I am the pastor  and founder of the Primitive Baptist Church  in Leogane. I am also an Attorney and a Political Adviser to the Prime minister of Haiti.

This short letter may serve as an attempt to introduce  to you a man  who is always willing to go an extra mile to help children. This gentleman that I want to talk to you about is always letting his heart be broken with the things that break the Heart of God.

The first time I met Brother Edgar, as we all call him in Haiti, was immediately after the passage of the Monster Earthquake, which epicenter was in Leogane, that caused the death of over three hundred thousands people according to CNN. Many  precious little boys and girls were left without parents and were also traumatized.

There was a sister church in Salisbury, NC. that decided to come to Haiti to help us. Mr. Welch was one of the youngest persons who volunteered to come in a time were not too many people  wanted to come  to a place like Haiti where diseases at that time were rampant . Brother Edgar did not ask himself about what would happen to his health, safety, and security if he came to Haiti? Instead, he asked himself what would happen to these orphaned little boys and girls if he does not come to help these children?  When he got here, I remember it as if it happened yesterday, he did more than what we expected of him. He loved on the children,  did counseling sessions, facilitated vacation bible school, teaching some English, teaching them to play basket ball and baseball. Mr. Welch, since there was no indoor  shower, he helped bathing the little boys outside. Edgar got us very upset at him when he started losing weight because  he will feed the children his food, When we whined  about that, he will said to us: "Well, the children need to be nourished more than I am."

Edgar is someone who understands that when a child is lost we all lose. Not only he understands this philosophy, he lives it everyday. Years after he left our ministry in Leogane, he will always keep in touch with most of the children and continue to help financially with his very limited income. When I read online what happened back in December of last year, I felt so bad about it and concluded that Brother Edgar had been a victim himself by being motivated and manipulated. It is true, your Honor, that his love and

compassion for children had gone too far, I pray that you will see in your great heart his true motivation. I am strongly confident that if he finds favor in your eyes and  you let him go free, he will continue to be the good Christian and the great American he has always been.

Grace:

Pastor Kelly Fleurý

To The Honorable Judge Ketanji B. Jackson:                                May 5, 2017

I am writing this letter on behalf of Edgar Maddison Welch. As his mother, I am sure you will first consider that I am biased, but I urge you to look at the total picture of who he is and not just one event in his life. Maddison has always been a contemplator, thinker, eager to learn and try new things, a helper, considerate & kind, people loving person who cares for others over himself...in short, very self-sacrificing.  Our family loves the outdoors and he has spent most of his life enjoying nature, fascinated with adventures in adapting and conquering its untamed wilderness & appreciating it's every changing  beauty through hiking, canoeing, camping, hunting and fishing. He loves people, especially his family and is the first to give a helping hand, to those he loves and to strangers equally. People are drawn to his openness and accepting attitude. He gives his whole heart and self in everything he does... ultimate devotion.

Our family believes strongly in volunteerism and serving the public.  Maddison has witnessed this through his father's work in local government and law enforcement and my work as a fire fighter/EMT and working for the government helping people maneuver difficult governmental channels for assistance.  He has always been willing to work and held several different jobs, and most recently decided to try service work and attended the Rowan County Community College Fire Academy, graduating with certification in Fire Fighter I & II. He was selected for the second highest award, the Instructor's Award, for excellence in skill & leadership.  He attended this course while working fulltime at a third shift job and caring for his two young daughters. Despite the erroneous media reports, he was attached to a local fire department and waiting to take an EMT course which was required to secure fulltime status. Prior to that, he had been exposed to a lot of unique life experiences, including the arts, theatre and movie production, working on two movies as a production assistant, camera crew member, and story board artist, drawing action sequences.  He is very artistic and this is another career he would like to pursue. He has also done landscaping, IT work and warehouse work, always trying to find employment that would improve his salary, hours and benefits for his family.

Maddison also has been active in church all his life, participating in mission work both here and abroad and has sponsored children around the world.  He spent 3 weeks in Haiti with the Baptist Men's Association as a medical technician helping those injured and displaced immediately after the earthquake of 2010. He rendered medical treatment & assisted in building an orphanage when resources were limited or non-existent.  He was so impressed with the people & their plight, he tried to get an extension to stay and help more, but when it was not available, he called us and begged to bring 3 children back with him! He left everything he owned but the clothes on his back to return and still communicates with some of those left on the mission field. He also has worked at our local homeless shelter, serving meals, washing clothes, and helping those in need, always pleasant and never condescending, discriminating, or judgmental of their reasons for being there. He is known for giving money when he has none to spare, taking in friends who are out of luck...ready to help anyone in need. The heart for volunteerism today is dwindling in a society of materialism and self-absorption, so he has seen the need for more selfless acts of kindness.

He loves entertaining and spending time with his nieces and nephews and they adore him. So, when he started his family, his focus became them. He raised his step-daughter from age 4 months (she is now 6) as well as his natural & youngest daughter, now 4 years. He adores his two girls and is a very devoted father. He loves spending time outdoors, encourages them to try new things, even trying to teach them Spanish so they can communicate with others of different nationalities. He stresses helping others and keeping their Christian faith evident in their life choices. He is a unique, tenderhearted soul. A loving person who sometimes cares too much for his own good and puts others needs ahead of himself. He even helped take care of my husband's mentally challenged brother with such tenderness and compassion.  He is not violent, extreme, or dangerous, just perhaps misguided in his approach on something he thought was going to help others.

Our family has also been a rescuer of animals, running a certified dog rescue for 20+ years for dogs of every breed that were on death row with no hope of salvation.  Maddison helped care for these dogs as well as rescuing two for his family.  He has great compassion for not only people, but for animals who suffer abuse, neglect and abandonment, with no voice of their own.

His life was typical, with the usual aspirations throughout his school years, participating in athletics, JROTC, and being selected to be in the AG (academically gifted) program.  He admires those who have served their country in the military, which included both his grandfathers, and was selected by his teachers and peers to represent his school

and to lay a wreath at the Tomb of the Unknown Soldier. Our lives were then devastated to the core when his older brother, whom he adored and shadowed, was tragically killed in a car accident when he was 8 and his brother was just 16 ½. It took our family three years to cope with that loss and it affected Maddison deeply throughout his remaining school years & still today. Has he made mistakes …yes. Has he taken responsibility for them…yes. Even now, he regrets the heartache and separation this action has caused his family and especially his children, as well as those who may have been impacted by his actions in DC. He realizes the vulnerability and damage of relying on erroneous news media & the possible long term effects it will have on himself and his family. He wants to regain his position as a father and member of his family. He has tried to compensate for his mistake by being cooperative and obedient during his detention since December 4, 2016. He has also been leading a Bible Study group and has inquired about work & educational opportunities during his detention so that he can meet any financial responsibilities for his family, the courts/and or restitution requirements. His exposure to different and sometimes unique things may allow him to seek a vocation not as conventional as most, but will provide for himself and his family. He is a hard worker and will be diligent to his responsibilities. His family and friends are willing to help him return and readjust. We have a home and contacts for employment and are willing to help in any capacity. Thank you for considering his whole life and not judging him by this recent event. He is a GIVER, not a TAKER and we hope he will have an opportunity to show he has a lot of good still left to give.

Sincerely,

Terri Welch

Dear Honorable Judge Jackson,

This young man, you know as Edgar, whom I've grown to know and love as Maddison, offered me a place to stay when I was homeless. I had very little going for me back then, other than a job, but Maddison never asked, nor accepted, a single penny. From the very beginning I knew there was something special about Maddison. There is just this 'light' about him... He just makes you feel important, and loved! He can literally hold a conversation with anyone! He's had a lot of life experiences that gives him empathy for people in need, such as traveling to Haiti after the devastating earthquake in 2010 and working with homeless shelters. He has such a heart for those in need, children especially, and they even called him the Pied Piper in Haiti because the orphans were so drawn to him! I know Maddison also continues to financially support orphans in Haiti and some other organizations for the needy. I've seen him literally give up his last twenty dollars, and whatever food he had in the car, to a homeless lady sitting on the corner of a street with her two kids. He has the biggest heart I know, but we are all still human and we make mistakes. The important thing to do is to learn and grow from each mistake and I believe Maddison has done that by taking responsibility for his actions. In talking with him, and knowing his character, I truly believe he understands this and would not be capable of repeating these mistakes.

Maddison thoroughly enjoys nature and the outdoors. Maddison is an avid hiker and kayaker, honestly anything involving being outside. We used to take the girls, and our two pups, out on hiking adventures, camping and kayaking. He always seemed the happiest when we were all together sharing quality time and bonding as a family. He is also close to his family and met with his father for coffee a couple times a week just to catch up and talk about the movie industry and the family. He enjoyed sharing experiences with his mother as they were both fire fighters. He enjoyed time with his sister and her husband and has always been very close to his niece, Skylar, and enjoyed having his girls and her two younger siblings get together for play days and special occasions. He also shared a special bond with his grandmother and great grandmother (recently passed away), visiting them and helping to care for his handicapped uncle.

Many will attempt to persecute Maddison for not fitting into society's view of 'normal' (i.e. college graduate, 9-5 job, etc..), but he is an extremely hard working man who provides for his family! Many of the jobs he has held involved working outdoors as he loves being outside in nature and loves jobs that are a physical challenge. He always give 110% in all he does. He is a dedicated and selfless father of two beautiful little girls who he would literally do anything in the world for! I want to make note that even though Emerson is not his biological child, he has raised her from the age of four months till present day, as though she were his own.

The Maddison that I've grown to love is not this vigilante that the media is trying to portray him as. He is quite the opposite, actually. Many people of this community will vouch for his character, because the number of those who have truly benefited, far exceeds any harm he has caused in this world! I have witnessed firsthand, the kind of love Maddison spreads. Maddison has so many loved ones that care for him and two little girls who depend on him. As far as our future goes, whatever plans we made are obviously going to have to change and adjust, but I can say the he just desperately wants

to be back home with his girls and back together as a whole family.  And I think we can all learn one major lesson from this, and that's not to take life for granted, not even the small things, or things such as freedom.

However, the one thing I will not forget is the impact he has made on my spiritual life.  A combination of things Maddison has done led to me being saved and baptized, as well as a faith stronger than I could've ever imagined!  In his absence, I'm not quite sure where I would be living or where I would be in life... He is truly the light in my darkness, happiness in my sadness, and my compass when I'm feeling a little lost... My name is Miranda Reed and because of Edgar Maddison Welch, my life has gained meaning and purpose.

Sincerely,

Miranda Reed (Fiancé)

June 2, 2017

Dear Judge Jackson,

I first would like to apologize to you (and Maddison) for the context of my letter to you, and for him. I find it a lot harder to put my heart into words on paper than some people, and this is, by far, the hardest and most important letter I have ever written in my life!

I have attempted to write this letter to you multiple times, but have you ever tried to explain one of those awesome people in your life to someone who's never met them, to where you just kind of give up and say, "You just have to meet them, and see for yourself." I know that I will not be able to do my brother any real justice in how great he truly is, because there is just no comparison.

I am Maddison's older sister, Blaire. To put into words how much he is missed is impossible. Not only by my husband and I, but our children and most importantly, his children. His girls have come over to play or spend the night and it is just heart breaking knowing what they are going through and the holes they carry in their hearts and just their day to days without their Daddy. I don't know the answers to all their questions and there is no replacement for the Daddy they're missing so badly. I wish just for your understanding you could see them or hear from them to know how much they need each other. I do not know how Maddison's day in court will go, but he is the most sincere and passionate person I know. I do pray his time away hasn't broken any of that. I am a mother of three, and I don't want to imagine what it would do to me to be away from my babies this long, not including the amount of his sentencing. There's no moving on from that feeling of needing to be with your children, or them needing to be with their dad. They have an amazing bond. He takes them hiking and exploring, swimming, fishing, camping. He had never missed a school function (for them, or my oldest daughter.) He takes them to church, and even toted Emma, his oldest, along to an all day Christian concert, head phones and all. She thought it was so special! He is so completely hands on, and until this, their number one constant. Him being gone has rippled all of our lives tremendously. My 14-year-old daughter LOVES her uncle. She is having a very hard time dealing with this and the possibility of how long it could be until he's back with us. He writes to her joking about dating boys and getting her license and going to prom. For those moments she's so happy to hear from him, but as his sister, I read into those letters just praying he'll actually be here with us for all of these milestones coming up. He is an amazing artist and would always draw her as different characters fighting off vampires or zombies...when vampires and zombies were "cool." He would draw up maps for her to follow and have different treasures she would find at the end. He gave her a chest of 'potions' one year that she made me dab the "Dream" potion on her pillow every night so she would have good dreams. When all that was really in it was just water! I could continue all day on stories where he went above and beyond and how incredible that makes him to me. He missed my three-year-old daughter's birthday a couple months ago and also my son's first birthday just a week ago. There was definitely a numbness in the day with him not being there. As well as the holidays this year. My three-year-old asks about him a lot actually and my son doesn't remember. That crushes me, because Maddison was so excited about a boy in the family, finally with all these girls. There is also more to him than just fun and out doorsy. He would take my oldest daughter to volunteer at our homeless shelter and soup kitchens. There was no hidden agenda, school requirement or

anything. He knew there were people in need of help, and he helped my daughter to see that too. He truly has it in his heart to want to help people. I try to understand his intentions behind his decisions last December. I cannot speak for him that day, but I do know where his head is today, and it is back home. Again, I do not know if you will have a chance to actually speak with him, but his heart is so big. If you had the chance to have a conversation with him outside of this situation, you would not be able to walk away not feeling his compassion for others, or probably without laughing. He is just such a likable and FUNNY guy. You don't have to always agree with him, to still just like him.

What I want to tell you cannot be put in 'proper word form' for an honorable judge to read and take seriously. I want to tell you how he always makes us all laugh. How his selflessness always makes you check yourself and kind of reevaluate your priorities, in his unintentional humbling way. I want to tell you how he's such a movie buff. He loves them, critiques them and talks and talks about them with my husband until I can't stand it. I want to tell you how smart he is, and how I taught him Hooked on Phonics before he started Kindergarten and that I have secretly always taken credit for just how smart he is! I want to tell you about his "treasures" collection he kept as a little boy that was just full of random jewels and things he would find around the house. These are tiny things of what makes Edgar Maddison Welch. Not the things you read about when they are describing a "28-year-old MAN" He is just my baby brother, who I love so, so much. Writing this letter is very stressful. I want to say all the things that matter to help you decide that letting Maddison come home to us is just the right thing to do.

I know you have a position, but so does he, and it is back home with friends and family who love him, miss him and need him. I do thank you from the bottom of my heart for the opportunity to have the chance to speak on Maddison's behalf. I pray for your wisdom and guidance in his case and thank you for your time.

Sincerely,
/s/
Blaire Welch Young

June 2, 2017

Dear Judge Jackson,

My name is Skylar Plumley and I would like to tell you about my uncle, Edgar Maddison Welch. These past few months have been really difficult, not only on me but everyone in our family. Edgar is a big part of our family, and he somehow always managed to be the "glue" that help hold us together. One of my favorite memories together was our family game nights. It's been a tradition since I can remember. I would always make a request to play pictionary, and if we played I had to be on Maddison's team. We always won thanks to his incredible art skills. Then he would take me out to get ice cream. One of the things that makes Maddison himself is his heart, aside from all of the other great things about him. He always made sure I believed in myself and knew I was capable of great things. He has always helped me achieve my goals and he has always been a shoulder to cry on during hard times, and someone I could go to and talk to about anything and I knew he would never judge me. We went on a number of adventures together, whether it's drawing together in my grandparents front yard, playing tag, hiking, or going to the movies together, he has always had a huge impact on my life.

Before Maddison took on the role as a dad, he mastered the role of being an Uncle. He may have entered his daughter Emma's life as a stepfather, but treated her like his own. The way he was with her amazed me. Before her there wasn't really any other kids, just me. He was so incredible with her, there was not a dull moment or even a second when one of them wasn't laughing. As years passed he still looked at her as his own. When he had his second child, AnnaMolly he never left either one of them out. He is an incredible dad. He lives and breathes his kids.

What he did was a bad decision, and I'm not sure what was going through his head. None of us know, but his actions weren't to cause any harm. He thought what he was doing was right. His heart was in the right place. He knows what he did was wrong, and we're all dealing with it. My freshman year in high school is almost over, he has missed so much in the past seven months. Our family is having a hard time without him. I don't know how we are going to be able to go on without him, or not be able to celebrate holidays together. We miss him so much.

Thank you for any understanding and we all hope more than anything to see Maddison soon.


Sincerely,

Skylar Plumley

Honorable Ketanji B. Jackson
United States District Judge
333 Constitution Avenue, N.W.
Washington, DC 20001

May 25, 2017

Dear Judge Jackson;

Our family lost our oldest son twenty years ago. Edgar has helped keep me going and trying to live a prodctive life. We have had our trials like all families do but he has always been there for us. My son is a very devout Christian and has a real passion for all people. I've always been proud of him when dealing with others, his kindness radiates.

Edgar does not get to call us as often as any of us of would like but I have had several conversations in the past month that assures me without a doubt that Edgar would never do anything like he did on December 4th of last year. His love for children has not deminished any but he fully realizes that there are better ways to try and help protect children. Edgar was always been good on a computer. I shared a story with him that reported: injured returning service personnel would volunteer to help federal authorities track down pediphiles with the use of computers. Many of the wounded warriors were actually hired by the various agencies after nine months to a year. The report mentioned how short handed our government is with dealing with this problem. He felt if given the chance this was something he might like to volunteer to help.

Edgar loves his family, which includes a sister, a brother-in-law, two nieces and a nephew; his parents and he worships his two girls. Actually the older girl, Emma is not his but he has been loving and raising her since she was 3 months old. He loves and cares for all children.

He spends much of his free time in the out of doors with his girls. They love to hike far and wide and visit parks, lakes, rivers and new places.

Edgar was a student at Coastal Carolina Community College in Wilmington and was studying film. He is a talented and creative writer and had actually written a short film that won awards in several film festivals. Prior to the second semester starting his final year, an earthquake hit Haiti on January 12th. Edgar went to our county's local Baptist Men's Association and volunteered. The first group was already assembled when he applied, but he was able to go because of his EMT certificate, he had received from training as a volunteer firefighter.

His group went for three weeks. The team's schedule was treating the injured in the morning, repairing the orphanage in the afternoon and turning in after the evening meal. However Edgdar would go to church services with the children, take them to the beach, sit around the camp fire and sing hymns. Edgar would call his Mom and ask for her to get him an extension. She worked for a congressman but was unable to help him stay any longer. The last week his calls were pleas to let him bring three or four of the children home and let them live with us. That did not work out but he has continued to send financial support even when he didn't have it. This sounds like a cliché but Edgar did come home and sell the majority of his clothes and belongings and sent proceeds to the Orphanage's contact in Miami. He said, he had seen and learned what you could live without.

A family friend Joyce Simmons is 85, she was a founding member of the small church our family attended. She hand wrote a note back in December on Edgar's behalf. That note was addressed to the other judge. Joyce recently has had a bad car wreck and even though she is out of the hospital, she can not use either arm. She had recruited Edgar his senior year in high school to help her feed at Salisbury's homeless shelter. She bragged to his Mom and me about how he always smiled at everyone and would look them in the eye and ask how they were and could he get them anything. He volunteered at the shelter for eighteen months.

Your Honor, I rededicated my life the the Lord in 1977 and have tried to be an on going and growing Christian. I honestly believe Edgar is much more mature in his Christian walk than I was maybe even into my 40s. He not only reads the Bible every chance he gets, he studies scriptures more thorough than anyone I know. I try to read a chapter or two a day which probably takes 20 or so minutes and longer if I need to cross reference a verse I'm not sure of. Edgar will take hours to read a chapter, he checks other translations including Greek and Hebrew. He loves sharing his witness to the loss.

Our family has always gone to church whenever the doors were open. Edgar has adopted his habit. He was a very active paricipant in Wilmington at a large contemporay church. For the past three years, Edgar and his girls have been attending Life Church in Salisbury where his Mom and I attend. He has always made sure he got his girls to "Kid's Club" and he to the service.

I feel many of Edgar's friends have witnessed this type example. Whether he is driving or I am, if he sees a homeless person with or without a sign, he stops and gives them money. I have quit telling him that they probably are going to get  bottle of wine. His reply is he did his part. Later if he's driving, about half the time he'll ask me for gas money. That is just the way he is.

My wife and I operate the largest no-kill dog rescue in our county. We had as many as 57 on about twelve acres. Edgar was always coming by to help us feed, water, brush, walk and care for the dogs and their lots. Edgar also helped transport dogs that found homes via the Internet. He made two trips one week in a large truck to Georgia to bring two dozen dogs to our facilities from a pound that was closing and all the dogs were going to be euthanized.

I write screenplays that are family friendly. Edgar is only one of two people I have found that I can trust to improve what I have written. My wish is once he is out, he will come to work with me in the entertainment industry. And that we can have a small part in having more movies that all children can enjoy without their parents worrying about a bad word or an inappropriate message.

Best regards,


Harry L. Welch, Jr.
1945 Neel Road
Salisbury, NC 28147

June 1, 2017

Dear Judge Jackson,

My name is Nick Young, I am a father to three amazing kids and am married to Edgar Welch's older sister Blaire. I've know Edgar, who we all call by his middle name Maddison, for about 8 years now. I've known his entire immediate family for the same amount of time. Maddison and I have shared many common interests from hunting and shooting guns and bows, to playing card games and watching super hero movies. What I've always loved about Maddison is his passion for the things he loves. He dives into it without looking back and gives whatever it is his everything. He loves superhero's, reads the comics, watches the movies, dissects every piece of information he can to better understand the character. You can tell when he speaks about it that he loves everything about superheros. The reason I love them so much is because of listening to him talk about them. I look forward to watching whatever superhero movie is coming out as soon as I can so he and I can sit down and discuss the movie. His passion inspires me and gets me excited to talk about superheros.

Maddison and I have been out hunting many times on his parents property, and we've also been out shooting many times. He is always careful when we are out and I've never felt worried or in danger when out shooting because he was always safe when handling guns. We also would practice shooting with bows and had planned on doing some bow hunting but never got around to it. I've never seen or heard Maddison be cruel, in fact we never saw any deer while out hunting but he's never shot any animals for sport. We fully intended to eat whatever we shot.

Another thing Maddison is very passionate about is religion. There have been many nights I've stayed up late listening to him explain what he has been researching on lately. He goes to church and would take his two girls to church with him. He's always reading the bible and doing research to learn more about it. He would always make sure we were going to church and he and I would debate on different religious views. If he didn't have an answer he would research it, he loves to learn anything he can. He also would listen to audio tapes and podcasts from different religious preachers and read books.

He is also great with kids.His girls miss him so much. My stepdaughter and daughter both miss him. My daughter, who is 3, mentions him often and asks to see him. My stepdaughter is older(14), and has had a close relationship with him her entire life. He's always had a special connection with her and she adores him. She has taken all this pretty hard and really loves her uncle and misses him. His imagination and energy is what helps him connect with kids so easy. He is very active and would always take his girls with him on hiking trips and did many outdoor activities with them.

To be honest Your Honor, this is a hard letter to write. It's hard because i know Maddison. He's my brother, he's a good guy, he's a good dad. He has his challenges in life as do you and I. If it matters to you, I completely believe he won't make the same mistake again. I miss him, and my entire family misses him, and he's always in our thoughts and prayers. Please keep in mind he has a loving and supportive family to come back to. Thank you for your time Your Honor. Please send my brother home soon.

Sincerely,
Nick Young

May 24, 2017

Honorable Ketanji B. Jackson
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Jackson:

I am writing on behalf of **Edgar Maddison Welch** – I am his grandmother & he is my grandson. I say this in order to qualify my opinions on this young man. I have known him since birth, even filmed his entrance into this world by C-section, so I think I have a pretty good idea as to what makes him "tick" on most occasions.

Edgar Maddison was raised in a loving home with parents, who emphasized love of God foremost, then nature & kindness to mankind close seconds. From almost the very beginning his heart & soul was to make this world a better place for all. He cared for the smallest creature to a stranger who had nothing & would give either whatever he could. I would often say to him, why, & he would reply because their need was more than mine.

Then, one day & it seemed so quickly to me, he was a man making his own way in this world. His zeal for making things right often puzzled me because we (his family) could not convince him otherwise. He felt that even one person could make a difference & he often proved he was right. Next came his role as a father & he is indeed the very best. His daughters adore him & are his whole reason for living. While I can't justify his actions for which he is charged, I can say that because of his

love for his children, he felt the greatest need to try & protect those whom he thought were in danger.

As I sit here thinking about my grandson, & what I should share with you, your Honor, I can only say, Edgar Maddison is a really good person & his confinement has taught him a valuable lesson – a wrong move can't make a right outcome!  I can say, without reservation, that he is not a threat to anyone, especially now.  All he wants in this world is to pay his debt & then come back to his family & most especially his daughters.  He will return to the same caring family who will support in helping him rebuild his life & hopefully be allowed to become a credit to his church & community.

I know, your Honor, you have a job to do, but I pray that you will consider what good Edgar Maddison could do with his life & family & not rely solely on his actions of many months ago.  Yes, he was wrong & we all know that, but please give him a chance to repay society in a good & productive way, very soon.


Most sincerely,

*Carolee G Sykes*

Carolee G Sykes

May 31, 2017

Honorable Ketanji B. Jackson

United States District Judge

333 Constitution Avenue, N.W.

Washington, DC 20001

**RE**: Edgar Maddison Welch

The Honorable Judge Jackson,

I am writing in reference to Edgar Maddison Welch who is scheduled to appear before you for a Sentencing Hearing on June 22, 2017. I am aware Mr. Welch has entered a guilty plea to Interstate Transportation of a Firearm and Assault with a Dangerous Weapon.

I have known the Welch family since 2010 and Edgar since January 2013. Edgar and his daughters regularly attend church with me. He exhibits the actions of a person who strives to learn biblical truth and apply it. I also find him to be an intelligent and passionate man. He is an avid student of life who seeks knowledge and opportunities to apply it in his life. Edgar is also quick to volunteer his time and talents to those in need. On two occasions, he helped me meet pressing deadlines by sacrificing his time, rearranging his schedule, and without thought of compensation.

The most impressive attribute Edgar possesses, however is his devotion to his family, especially his daughters. I have observed him with Emma and Anna-Molly on numerous occasions. His love and care for them is undeniable. Edgar ensures they are provided and cared for continually. Rest assured, their young lives will be adversely affected if unable to spend time with their father.

I have talked with Edgar's father, Harry Welch, on numerous occasions concerning this issue. As far as I can discern, Edgar understands the serious of these offenses and accepts complete responsibility for them. I believe these acknowledgments imply he will not commit any future offenses because he now understands the seriousness of crime and more importantly its devastating consequences, especially loss of family.

I trust this offers a glimpse into the person of Edgar Welch. I am asking you to consider a sentence and facility designation recommendation that allows Edgar and his family to maintain their strong relationship and the hope of a life together following incarceration.

Thank you Judge Jackson for your attention to and consideration of this matter. If you desire additional information, please contact me at your convenience on (704) 798-5271 or themeeksgroup@gmail.com.

Sincerely,

Randolph Meeks

Salisbury, North Carolina

Dear Judge Jackson,

This letter is in reference to Edgar Welch, who I know from church and have become friends with over the years. I always recollect seeing him come to church on many occasions with his 2 young girls in his arms as a single dad thinking how great of a person/dad he is to do whatever it takes to raise his girls as he was with a strong Christian background, no matter how tired he may be from working a shift job or attending fire school on top of working. He is a good hearted person and I truly believe he would and has taken the shirt off of his own back to help out anyone in need. I feel very fortunate to have a friend like Edgar and see the love he teaches his young girls as they play with my 9yr old son.

I myself have made many mistakes in my life as most of us have, most I was forgiven for and some I still work through to this day with deep remorse but have learned and grown from them. I truly believe Edgar realizes he made the wrong decision that day and surrendered. Today's technology with the internet/social media has evolved not only for the good in this world but unfortunately for a lot of horrible things that happen based on rumor and made up stories.

I hope and pray you would show compassion for this young man and his family in your review of his case and not judge his character by what the news is portraying, it is far from the truth.

Respectfully,
Mr. Steven T. Nisbet
330 Palomino Drive
Salisbury, NC 28146

May 27th, 2017


Honorable Ketanji B. Jackson

United States District Judge

333 Constitution Avenue, N.W.

Washington, D.C.  20001


Greetings, Judge Jackson ~


This letter is in reference to the above named, Edgar Maddison Welch, of whom I've known through church for several years and personally for the last two years.  It is in my observance and opinion that Mr. Welch has a humongous heart, one that is especially noticeable toward his 2 young girls, in addition to his family and friends.  This man knows no stranger and will do whatever he can to help out, in any way he is able.  He is a respectable young man and has gone through Fire School to become a full time Firefighter, which also shows his heart.   He is one of the hardest workers I know and am proud to call him friend!  He traveled to Haiti to do Mission work a couple years ago, right after the Hurricane, to help the children there; He put his heart and soul into it!   As tough as it is being a single Dad, he never complains and does his best, with grace.   His girls have depended on he and his family for a happy, healthy and stable home.   These girls, ages 4 and 7, are unfortunately now with a Mom who has never really taken care of them, and keeping them from the family unit they know and have security with, The Welch Family, out of spite.   I humbly ask that you take their well being into consideration in your decision, please.   We, as adults, are having a hard enough time wrapping our heads around this entire situation, imagine these innocent, young minds.


Edgar has been a model inmate for others, during his incarceration.


We have all made mistakes, some little, some large.  I know without a shadow of a doubt that Edgar is extremely remorseful, going about this the way he did.  In this day

and age, there are so many believable "fake news/social media" stories out there, that tug at people's hearts... this is what happened in this case.   The media has portrayed him as a monster,  but this couldn't be further from the truth!!!  I am not excusing that he broke the law, I just ask that you to take this letter, and others, into consideration in your review of his case and sentencing.

I thank you for your time!

Respectfully,

Mrs. Kristi A. Nisbet

330 Palomino Drive

Salisbury, NC  28146