**FILED**

JUN 2 0 2017

Clerk, U.S. District and
Bankruptcy Courts

Mr. Richard J. Kunkel

LET THIS BE FILED.
HONORABLE KETANJI BROWN JACKSON
U.S. DISTRICT JUDGE

6/20/2017  16cr232

Honorable Judge:

I am writing to you on an upcoming sentencing case, the "Pizzagate" case of Edgar M. Welch. This was such a stupid and reckless act, that I believe no amount of 'I am sorry' will fix this. As an example to other dumb people who believe such ignorant internet conspiracies, there should be a mention of the stupidity during sentencing, and Mr. Welch should get maximum penalties and fines, and he should be prohibited from ever owning firearms again under penalty of prison time. This person has clearly demonstrated he has no sense to distinguish reality, and as such is a serious danger to the population at large.

A maximum set of penalties should be given to him on those grounds and to show that if others behave so dumbly, that they will be similarly rewarded. It is a miracle that no one was injured in Mr. Welch's shooting spree.

Thank you for taking time to read my letter. I believe public input on things like this is important. Where there are cases where there should be empathy and forgiveness, this is not one of them. This person has demonstrated a failing of normal thought processes, and in my opinion, will likely never be able to sufficiently separate fact from fiction and should never be allowed an opportunity to harm people with a firearm ever again. That he is dangerously dumb is something we cannot stop, but we can stop him from interacting with the public by maximum sentences, and we can stop him from being able to own any sort of firearm ever again.

I look forward to any response you may have.

Most sincerely yours,

Mr. Richard J. Kunkel

PS Please excuse the coloured ink, I ran out and am too poor to get any more for a while. Living in poverty is difficult.